# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DANNY JOE WINCHESTER**                                                          **PLAINTIFF**

**VS.**                                            **NO. 5:06CV00192**

**FRED'S STORES OF TENNESSEE, INC.**                                       **DEFENDANT**

## ORDER

After consideration of the motion to admit counsel Terry P. Weill *pro hac vice*, and it appearing to the Court that Mr. Weill meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #12, should be, and hereby is, GRANTED.

SIGNED this 4th day of June, 2007.

_____
James M. Moody
United States District Judge