# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DANNY JOE WINCHESTER**                                                          **PLAINTIFF**

**VS.**                                           **NO. 5:06CV00192**

**FRED'S STORES OF TENNESSEE, INC.**                               **DEFENDANT**

## ORDER

Pending is Plaintiff's motion for continuance. (Docket # 18). For good cause shown, the motion is GRANTED. The case will be removed from the trial docket the week of August 13, 2007. An amended scheduling order will be entered forthwith. Defendant's motion in limine, docket # 11 is denied without prejudice to re-file prior to the new trial date.

IT IS SO ORDERED this 7th day of August, 2007.

_____
James M. Moody
United States District Judge